

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2014

No. 04-14-00621-CV

**IN THE INT OF CJT**, A Child,

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 7,848
Honorable H. Paul Canales, Judge Presiding

# O R D E R

A filing fee of $195.00 was due from appellants Maria Del Socorro Gonzalez and Cesario Gonzalez when this appeal was filed but was not paid. *See* TEX. GOV'T CODE ANN. § 51.941(a) (West 2013); *id.* §§ 51.0051, 51.207(b)(1), 51.208 (West 2013); TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN CIVIL CASES IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Misc. Docket No. 13-9127, Aug. 16, 2013). The clerk of the court notified appellants of this deficiency in a letter dated September 3, 2014. The fee remains unpaid. Rule 5 of the Texas Rules of Appellate Procedure provides

> A party who is not excused by statute or these rules from paying costs must pay ☐ at the time an item is presented for filing ☐whatever fees are required by statute or Supreme Court order. The appellate court may enforce this rule by any order that is just.

TEX. R. APP. P. 5.

We therefore ORDER appellants, **not later than October 3, 2014**, to either (1) pay the applicable filing fee or (2) provide written proof to this court that they are excused by statute or the Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs). If appellants fail to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2014.



_____
Keith E. Hottle
Clerk of Court